AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

RANDAL N. WIIDEMAN,

    Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER: **3:10-cv-00220-LRH-VPC**

REX REED, et al.,

    Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that claims 3 and 4 of the Amended Complaint (Document. No. 12) are stricken.
    **IT IS FURTHER ORDERED AND ADJUDGED** that the Amended Complaint is DISMISSED for failure to state a claim.


  November 4, 2010                                          **LANCE S. WILSON**
                                                                      Clerk


                                                                     /s/ Katie Lynn Ogden
                                                                     Deputy Clerk